■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO RAMOS, Appellant. [838 NYS2d 456]—Judgment, Supreme Court, Bronx County (Steven L. Barrett, J.), rendered on or about June 15, 2006, unanimously affirmed. No opinion. Order filed. Concur—Sullivan, J.P., Buckley, Gonzalez, Sweeny and Kavanagh, JJ.